Matter of Friedman (2023 NY Slip Op 04341)

Matter of Friedman

2023 NY Slip Op 04341

Decided on August 17, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 17, 2023

PM-174-23
[*1]In the Matter of Philip Bruce Friedman, an Attorney. (Attorney Registration No. 2220358.)

Calendar Date:August 7, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Philip Bruce Friedman, Erie, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Philip Bruce Friedman was admitted to practice by this Court in 1988 and lists a business address in Erie, Pennsylvania with the Office of Court Administration. Friedman now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Friedman's application.
Upon reading Friedman's affidavit sworn to June 14, 2023 and filed June 16, 2023, and upon reading the August 2, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Friedman is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Philip Bruce Friedman's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Philip Bruce Friedman's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Philip Bruce Friedman is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Friedman is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Philip Bruce Friedman shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.